## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **4:26CR3025** |
| **vs.** | |
| **TEON WAYNE PATTERSON,** | **ORDER** |
| **Defendant.** | |

The government has filed a Motion to Extend (Filing No. 23). The motion is unopposed. Based on the showing set forth in the motion, the court finds good cause for the extension and that the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. On or before July 7, 2026, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before July 15, 2026, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before July 22, 2026, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **July 29, 2026, at 9:00 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 17th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge